ACCEPTED
01-15-00551-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 12:10:51 PM
CHRISTOPHER PRINE
CLERK

NO: 01-15-00551-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 12:10:51 PM
CHRISTOPHER A. PRINE
Clerk

_____

*In re Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., and CLJ Management Systems, L.L.C.*

_____

Original Proceeding from the 333rd District Court of Harris County, Texas
Cause No. 2012-31192
Honorable Joseph "Tad" Halbach, Presiding

_____

## EMERGENCY MOTION TO STAY PENDING RESOLUTION OF ORIGINAL PETITION FOR WRIT OF MANDAMUS

_____

4850-3036-4197.1

COME NOW, Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., CLJ Management Systems, L.L.C., (collectively "Relators"), Defendants below and Relators in the above-entitled and numbered cause, and file this Emergency Motion to Stay the litigation below pending resolution of the Original Petition for Writ of Mandamus.

An Appellate Court may grant temporary relief pending its determination of an original proceeding, including a stay of all underlying proceedings.[1] The stay affords the Court opportunity to address the dispute raised by a Petition for Writ of Mandamus by maintaining the status quo until it can address that dispute.[2]

Real Parties in Interest brought this action as a "John Doe" proceeding to protect the identity of the minor plaintiff, Johnny Doe, who alleges that he was sexually assaulted while at Relators' camp. The identity and privacy of Johnny Doe is obviously of paramount importance to him, and evidence related to various motions at the Trial Court level, and the Petition for Writ

---

[1] TEX. R. APP. P. 52.10; *In re Bates*, 429 S.W.3d 47, 53 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding)("An appellate Court may grant any just relief pending the Court's action on a mandamus petition, including a stay of all underlying proceedings in the trial Court.")

[2] *In re Kelleher*, 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding); *see In re Reed*, 901 S.W.2d 604, 609 (Tex. App.--San Antonio 1995, orig. proceeding).

of Mandamus, has been or will be submitted by all parties *in camera* and/or filed under seal to protect Johnny Doe's anonymity.

In their Original Petition for Writ of Mandamus, Relators argue that the Trial Court abused its discretion in denying the First Amended Motion for Appointment of Guardian ad Litem. The crux of Relators' Petition for Mandamus is that there appear to be adverse interests between Johnny Doe and his Next Friends regarding Johnny Doe's wishes, especially related to settlement or a public trial of this action.

Trial is set for August 3, 2015. There is no adequate remedy on appeal if this case proceeds to trial without the benefit of a guardian ad litem for minor Plaintiff-Real Party in Interest Johnny Doe to be in place to advise the Court as the statute contemplates. Likewise, failure to grant a motion to stay could result in irreparable harm and the unnecessary loss of anonymity by Johnny Doe.

To allow the appellate Court time to consider and rule on the Petition for Writ of Mandamus, and most importantly to prevent a minor, the Real Party in Interest, from suffering irreversible harm which cannot be remedied on appeal, Relators request an order from this Court staying litigation below, pending review and resolution by this Court of the Original Petition for Writ of Mandamus.

**WHEREFORE**, for the reasons set forth above, Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., CLJ Management Systems, L.L.C respectfully requests that this Court immediately stay proceedings in the underlying litigation pending this Court's consideration and ruling on Relators' Original Petition for Writ of Mandamus, and Relators request general and equitable relief.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Kent M. Adams*
Kent M. Adams
State Bar Number 00869200
Kent.adams@lewisbrisbois.com
Sarah M. Davis
State Bar Number 24031998
Sarah.davis@lewisbrisbois.com
Kristie E. Johnson
State Bar Number 24038382
Kristie.johnson@lewisbrisbois.com
24 East Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile

***Counsel for Relators***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Emergency Motion to Stay was served on the following counsel of record by e-file, facsimile, or Certified Mail, Return Receipt Requested and/or by email on June 22, 2015:

Rusty Hardin
rhardin@rustyhardin.com
Robert P. Wynne
bwynne@rustyhardin.com
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010

Honorable Joseph J. "Tad" Halbach, Jr.
V*ia email: Bernadette.Lynch@hcdistrictclerk.com*
333rd Judicial District Court
Harris County Civil Courthouse
201 Caroline, 14th Floor
Houston, Texas 77002

/s/ Kent M. Adams
Kent M. Adams

## CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10, I certify that, prior to the filing of this motion, I notified counsel for the Real Party in Interest that an emergency motion for stay would be filed.

/s/ Kent M. Adams
Kent M. Adams

NO: 01-15-00551-CV
IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

_____

*In re Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., and CLJ Management Systems, L.L.C.*

_____

Original Proceeding from the 333rd District Court of Harris County, Texas
Cause No. 2012-31192
Honorable Joseph "Tad" Halbach, Presiding

_____

**ORDER**

_____

After considering Relators' Emergency Motion to Stay, the Court GRANTS the Motion and:

_____ stays all further proceedings in Cause No. 2012-31192, *Johnny Doe, by and through his Parents, John and Jane Doe v. Camp La Junta 1928, L.P., et al.*, In the District Court of Harris County, 333rd Judicial District, pending review of the merits of the Original Petition for Writ of Mandamus.

SIGNED on _____, 2015.


_____
JUDGE PRESIDING

4850-3036-4197.1